# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  REAPPOINTMENT TO THE | : | NO. 289 |
| | : | |
| DISCIPLINARY BOARD OF | : | DISCIPLINARY BOARD APPOINTMENT |
| | : | |
| PENNSYLVANIA | : | DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of February, 2016, Brian J. Cali, Esquire, is hereby reappointed as a member of the Disciplinary Board of Pennsylvania for a term of three years commencing April 1, 2016.

    Justice Eakin did not participate in the consideration or decision of this matter.